FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. HERNANDEZ, | ) Case No.: 5:21-cv-02148-E |
| Plaintiff, | ) ~~(PROPOSED)~~ ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social | ) AND COSTS PURSUANT TO 28 |
| Security, | ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,620.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 6/30/22

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3   /s/ *Lawrence D. Rohlfing*

4   BY: _____
     Lawrence D. Rohlfing
5     Attorney for plaintiff Mark E. Hernandez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26